**WO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America<br><br>            Plaintiff,<br>   v.<br>Angel Cardenas-Mercado,<br><br>            Defendant. | MAGISTRATE NO. 06-7045M<br><br>**ORDER RE: GOVERNMENT'S MOTION TO DISMISS COMPLAINT** |

Upon motion of the United States of America, and good cause appearing,

IT IS ORDERED dismissing the Complaint against Angel Cardenas-Mercado, without prejudice.

The Court has considered the factors set forth in 18 U.S.C. §3182(a)(2). The Court finds that the offense with which Defendant is charged is serious in nature. The potential penalty is up to 20 years imprisonment. In addition, due to the brevity of the delay between Defendant's arrest and the Motion to Dismiss, the Court finds that Defendant has not suffered prejudice as a result of the failure to timely indict. Because Defendant intends to enter a guilty plea, IT IS FURTHER ORDERED that the U.S. Marshal's Service not release Defendant from custody.

DATED this 13th day of April, 2006.

_____
David K. Duncan
United States Magistrate Judge